```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JOHN K. VINCENT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. 2:99-cr-00107-WBS
                                 )
12                   Plaintiff,  )
                                 )  GOVERNMENT'S MOTION TO DISMISS
13       v.                      )  INDICTMENT; [PROPOSED] ORDER
                                 )  THEREON
14  FRANK J. SINGER, JR.,        )
                                 )
15                   Defendant.  )
                                 )
16  _____ )
17
```

18      Pursuant to Rule 48 of the Federal Rules of Criminal Procedure,
19 the United States hereby moves the Court, in the interest of justice,
20 for an order dismissing the Indictment in this case against Frank J.
21 Singer, Jr.. The defendant apparently fled the jurisdiction in June
22 1997 after subpoenas were served at his place of business. An
23 Indictment was handed down in March 1999 charging him in four counts
24 with subscribing to false personal and corporate tax returns covering
25 ///
26 ///
27 ///
28 ///

1

tax years 1992-1994.  He has never been apprehended.

DATED: February 10, 2011

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                By, /s/ John K. Vincent
                                     JOHN K. VINCENT
                                     Assistant U.S. Attorney

O R D E R

    The request for dismissal is DENIED, without prejudice to its being renewed upon a showing that (1) there is no possibility that defendant will be apprehended in the future; or (2) the government lacks sufficient evidence to obtain a conviction in the event that defendant is apprehended.

DATED:  February 11, 2011

                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE